**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-6510**

---

DAVEY JAMES REEDY,

Plaintiff - Appellant,

versus

GEORGE ALLEN, Governor; VIRGINIA GENERAL AS-
SEMBLY; RONALD ANGELONE, Director; DEPARTMENT
OF CORRECTIONS; COMMONWEALTH OF VIRGINIA,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Alexandria. Claude M. Hilton, District
Judge. (CA-96-226-AM)

---

Submitted: June 20, 1996       Decided: July 9, 1996

---

Before HALL, WILKINS, and HAMILTON, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Davey James Reedy, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Reedy v. Allen</u>, No. CA-96-226-AM (E.D. Va. Feb. 26, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>